In the Matter of ANTONIO CALVO, Appellant, against WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act to review a determination of respondents denying appellant's application for registration as a longshoreman, and for an order directing such registration, the appeal is from an order confirming the determination and dismissing the petition. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

In the Matter of SAMUEL C. COHEN, Respondent, against COCOLINE PRODUCTS, INC., et al., Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act to inspect, examine and audit corporate books, records and papers, the appeal is from an order on reargument adhering to the original decision, which granted the application. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.